Crotty, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

WARREN W. BADER, PUBLIC ADMINISTRATOR,
AS EXECUTOR OF THE ESTATE OF
BENJAMIN OKORIE and LEE SOH MIAN, a/k/a
MONA OKORIE, Individually and as WIFE OF AND
NEXT OF KIN TO BENJAMIN OKORIE,

                                            Plaintiffs,      Civil Action No.: 11 Civ. 4073 (PAC)

- against-

JOHN TOMASZEWSKI, LENZNER COACH LINES,
LENZNER TOUR AND TRAVEL LTD.,
COACH USA INC., and COACH LEASING INC.,
                                           Defendants,
--------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-19-12

## STIPULATION OF DISCONTINUANCE

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE ATTORNEYS FOR

THE PLAINTIFF AND DEFENDANTS

    That this matter is hereby discontinued with prejudice by all parties against the other

without costs to either side.

                      Respectfully submitted,

Dated: White Plains, N.Y.
       July 27, 2012

Law Office Of Michael H. Joseph, P.L.L.C.

BY: _____
    Michael H. Joseph, Esq.
    203 East Post Road
    White Plains, New York 10601
    Tel: (914) 574 8330
    Attorneys for Plaintiff

Gallo Vitucci & Klar

BY: _____
    Heather Ragone, Esq.
    90 Broad St., 3rd Floor
    New York NY 10004
    Tel: 212 683-7100
    Attorneys for Lenzner Coach
    Lines, Lenzner Tour and
    Travel Ltd, Coach USA Inc.,
    and Coach Leasing Inc.

McMahon Martine & Gallagher, LLP

By: *[signature]*
Patrick W. Brophy, Esq.
55 Washington Street, Suite 720
Brooklyn, NY 11201
Tel: 212-747-1230

*[signature]* Paul A. Crotty  10-19-12